**KAMALA D. HARRIS**
Attorney General of California
JENNIFER S. GREGORY (SBN 228593)
Deputy Attorney General
Jennifer.Gregory@doj.ca.gov
CALIFORNIA DEPARTMENT OF JUSTICE
Bureau of Medi-Cal Fraud & Elder Abuse
1425 River Park Drive, Suite 300
Sacramento, California 95815
Tel.: (916) 263-2516 / Fax: (916) 274-2929

*Attorneys for the State of California*

NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

*Attorneys for Relators Jon Willem Pasqua and Jeff Hauser*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **JON WILLEM PASQUA** and **JEFF HAUSER**, and **STATE OF CALIFORNIA** *ex rel.* **JON WILLEM PASQUA** and **JEFF HAUSER**,<br><br>Plaintiffs,<br><br>vs.<br><br>**KAN-DI-KI, LLC, f/k/a KAN-DI-KI, INC., d/b/a DIAGNOSTIC LABORATORIES AND RADIOLOGY**, a California Limited Liability Corporation,<br><br>Defendant. | Case No. 2:10-CV-00965-JST-RZ<br><br>**DECLARATION OF JENNIFER S. GREGORY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing date: March 29, 2013<br>Time: 2:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Josephine Staton Tucker |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**DECLARATION OF JENNIFER S. GREGORY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**;
Case No. 2:10-CV-00965-JST-RZ

# DECLARATION OF JENNIFER S. GREGORY

I, JENNIFER S. GREGORY, declare as follows:

1. I am an Deputy Attorney General of the California Department of Justice, Bureau of Medi-Cal Fraud & Elder Abuse, and I am one of the counsel of record for Plaintiff State of California in this action. Except where specified, I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them.

2. Counsel for Diagnostic Laboratories never contacted me or anyone from my office to discuss its anticipated Motion for Summary Judgment in compliance with Local Rule 7-3.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Signed this eighth day of March, 2013, at Sacramento, California.

*/s/ Jennifer S. Greogry*
JENNIFER S. GREGORY

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**DECLARATION OF JENNIFER S. GREGORY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;**
Case No. 2:10-CV-00965-JST-RZ

1