1  **KAMALA D. HARRIS**
   Attorney General of California
2  MARK O. GEIGER (SBN 84096)
   Senior Assistant Attorney General
3  NICHOLAS N. PAUL (SBN 190605)
   Acting Supervising Deputy Attorney General
4  JENNIFER S. GREGORY (SBN 228593)
   Deputy Attorney General
5  Jennifer.Gregory@doj.ca.gov
   CALIFORNIA DEPARTMENT OF JUSTICE
6  Bureau of Medi-Cal Fraud & Elder Abuse
   1425 River Park Drive, Suite 300
7  Sacramento, California  95815
   Tel:  (916) 263-2516 / Fax:  (916) 274-2929

8  *Attorneys for the State of California*

9  NIALL P. McCARTHY (SBN 160175)
   nmccarthy@cpmlegal.com
10 JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
11 JONATHAN C. HSIEH (SBN 281700)
   jhsieh@cpmlegal.com
12 **COTCHETT, PITRE &McCARTHY, LLP**
   840 Malcolm Road
13 Burlingame, California  94010
   Tel:   (650) 697-6000 / Fax:  (650) 692-3606
14
   *Attorneys for Relators Jon Willem Pasqua*
15 *and Jeffrey Hauser*

16              **IN THE UNITED STATES DISTRICT COURT**

17            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

18                         **SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **JON WILLEM PASQUA** and **JEFFREY HAUSER**, and **STATE OF CALIFORNIA** *ex rel.* **JON WILLEM PASQUA** and **JEFFREY HAUSER**,<br><br>        Plaintiffs,<br><br>        v.<br><br>**KAN-DI-KI, LLC**, f/k/a **KAN-DI-KI, INC.**, d/b/a **DIAGNOSTIC LABORATORIES AND RADIOLOGY**, a California Limited Liability Corporation,<br><br>        Defendant. | Case No. 2:10-CV-00965-JLS-RZ<br><br>**JOINT STATUS REPORT AND REQUEST TO VACATE HEARING**<br><br>Date:     February 28, 2014<br>Time:    2:30 p.m.<br>Judge:   Hon. Josephine L. Staton<br>Dept.:    9A |

**JOINT STATUS REPORT AND REQUEST TO VACATE HEARING;** Case No. 2:10-CV-00965-JLS-RZ

# JOINT STATUS REPORT

Per the Court's Order dated December 3, 2013 (Doc. No. 215), Relators Jon Willem Pasqua and Jeffrey Hauser ("Relators") and Plaintiff State of California ("California") hereby report that they have resolved the dispute regarding the Statutory Relator's Share. Accordingly, Relators' Motion for Statutory Relator's Share (Doc. No. 200) is now moot, and the February 28, 2014 hearing on the Motion may be vacated.

Respectfully submitted,

Dated: February 13, 2014   **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Justin T. Berger*
    NIALL P. McCARTHY
    JUSTIN T. BERGER
    JONATHAN C. HSIEH

*Attorneys for Relators Jon Willem Pasqua and Jeffrey Hauser*

Dated: February 13, 2014   **KAMALA D. HARRIS**

By: */s/ Jennifer S. Gregory*
    JENNIFER S. GREGORY
    Deputy Attorney General

*Attorneys for the State of California*

**JOINT STATUS REPORT AND REQUEST TO VACATE HEARING;** Case No. 2:10-CV-00965-JLS-RZ          1